**DOUGLAS L. RAPPAPORT (CSBN 136194)**
**MICHELLE M. THOMSON (CSBN 193658**)
Attorneys at Law
260 California Street, Suite 1002
San Francisco, CA 94111
(415) 989-7900

Attorneys for Defendant **STEVEN TESTER**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | US District Court Judge Marilyn H. Patel |
| Plaintiff, | Case Number: 3:06-CR00067-MHP-ALL |
| v. | **STIPULATED MOTION TO CONTINUE DATE FOR STATUS AND TO SET** |
| STEVEN TESTER | |
| Defendant. _____/ | |

   The parties stipulate and agree, and the Court finds and holds as follows:

   That Mr. Tester's first appearance before this Court was on February 24, 2006, but was continued until March 13, 2006 at 10:00a.m, as Ms. Rajan, the Assistant United States Attorney handling this matter, was in trial. However, as Mr. Tester is currently hospitalized and the defense has yet to receive any discovery in this matter, the parties are requesting that this matter be continued until April 3, 2006 at 10:00am.

   Time should be excluded pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (B) on the grounds that counsel for the defense will not be prepared to adequately represent his client, taking into account the exercise of due diligence, without a continuance, and the ends of justice

-1-

NOTICE OF MOTION TO
CONTINUE DATE FOR STATUS AND TO SET

served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    The defense and government are jointly requesting this continuance.

    DATED this 10th day of March, 2006.

By: _____/s/_____
**DOUGLAS L. RAPPAPORT**
Attorney for Defendant
**STEPHEN TESTER**
260 California Street, Suite 1002
S.F. CA.  94111
E-mail sfcrimlaw@sbcglobal.net

**By: _____/s/_____**
**NAHLA RAJAN,**
Assistant U.S. Attorney
450 Golden Gate Avenue
San Francisco, CA 94102
Email: nahla.rajan@usdoj.gov

**MICHELLE M. THOMSON (CSBN 193658)**
Attorneys at Law
260 California Street, Suite 1002
San Francisco, CA 94111
(415) 989-7900

Attorneys for Defendant **STEVEN TESTER**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | US District Court Judge Marilyn H. Patel |
| Plaintiff, | Case Number: 3:06-CR00067-MHP-ALL |
| | [PROPOSED] ORDER |
| STEVEN TESTER, | |
| Defendant. _____/ | |

# ORDER

Upon stipulation of the parties to the above-entitled matter and good cause appearing,

FINDINGS OF THE COURT:

1. The ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial.

2. The failure to grant such a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

//

//

1   IT IS HEREBY ORDERED that a period of time from the signing of this Order until the
2   next court date be excluded under the speedy trial act, 18 U.S.C. Section 3161(H)(8)(A) and (B).

5   DATED: March 13, 2006



                                   _____
                                   MARILYN HALL PATEL
                                   UNITED STATES DISTRICT COURT JUDGE