KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234
    Email: nahla.rajan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0067 MHP |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AND |
| ) | STIPULATION EXCLUDING TIME |
| v. ) | FROM THE SPEEDY TRIAL ACT |
| ) | CALCULATION |
| STEVEN FARREL TESTER, ) | (18 U.S.C. § 3161 (h)(8)(A)) |
| ) | |
| Defendant. ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties initially appeared on the instant matter February 24, 2006 for defendant's arraignment on the indictment before the Honorable Maria Elena James.

    2. On February 24, 2006, the matter was continued until March 13, 2006 for initial appearance before the Honorable Marilyn Hall Patel. On March 13, 2006, the matter was continued to April 3, 2006. On April 3, 2006, the matter was again continued to May 1, 2006.

    3. On April 3, 2006, Michelle M. Thomson standing in for Douglas L. Rappaport, who represents the defendant, requested an exclusion of time from April 3, 2006 to May 1, 2006,

1  based on effective preparation of counsel.  The parties moved that this same time period be
2  excluded from the calculation of time under the Speedy Trial Act.
3         3. In light of the foregoing facts, the failure to grant the requested exclusion would
4  unreasonably deny counsel for the defense the reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(A),
6  (B)(iv).  The ends of justice would be served by the Court excluding the proposed time period.
7  These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. §
8  3161(h)(8)(A).
9         4. For the reasons stated, the time period from April 3, 2006 through May 1, 2006 shall
10 be excluded from the calculation of time under the Speedy Trial Act.

         IT IS SO STIPULATED.

DATED: _____                    Respectfully Submitted,


                                         _____/S/_____
                                         NAHLA RAJAN
                                         Special Assistant United States Attorney


DATED: _____                    _____/S/_____
                                         DOUGLAS L. RAPPAPORT
                                         Counsel for Steven Farrel Tester


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/7/2006                          IT IS SO ORDERED
                                         HONORABLE MARILYN H. PATEL
                                         United States District Judge
                                         Judge Marilyn H. Patel

STIPULATION AND PROPOSED ORDER         2
CR 06-0067 MHP