KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234
    Email: nahla.rajan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0067 MHP |
| Plaintiff, ) | [~~PROPOSED~~] ORDER AND STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| STEVEN FARREL TESTER, ) | |
| Defendant. ) | |

    A status conference in the above-referenced case has been set for May 1, 2006 at 10:00 a.m., before the Honorable Marilyn Hall Patel. Both parties have been involved in negotiations that may lead to a resolution of this case. The defendant is suffering from a serious medical condition that may warrant dismissal, but the defendant's doctor is out of district and unavailable to discuss the defendant's medical condition with government counsel at this time. Accordingly, the parties agree and stipulate that the hearing shall be continued until May 15, 2006 at 10:00

//
//
//
//

STIPULATION AND PROPOSED ORDER    1
CR 04-00401 CRB

1  a.m., provided that the Court is available on that date.

2

3      IT IS SO STIPULATED.

4

5  DATED: _____             Respectfully Submitted,

6

7                                            /S/
                                       NAHLA RAJAN

8                                        Special Assistant United States Attorney

9

10 DATED: _____                 /S/
                                       DOUGLAS L. RAPPAPORT

11                                       Counsel for Steven Farrell Tester

12

13     PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15 DATED: April 28, 2006

16                                        HONORABLE MARILYN HALL PATEL

17                                        United States District Judge

18

*(Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: "IT IS SO ORDERED" signed by Judge Marilyn H. Patel)*

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER    2
CR 04-00401 CRB