FILED
MAY 1 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  NAHLA RAJAN (CSBN 218838)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6838
7     Email: nahla.rajan@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,          )   No. CR 06-0067 MHP
                                      )
14      Plaintiff,                    )
                                      )   NOTICE OF DISMISSAL
15      v.                            )
                                      )
16 STEVEN FARREL TESTER,              )
                                      )
17      Defendant.                    )
                                      )
18 _____  )

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
20 United States Attorney for the Northern District of California dismisses the above indictment
21 without prejudice.

22

23 DATED: May 9, 2006              Respectfully submitted,

24                                  KEVIN V. RYAN
                                    United States Attorney
25

26                                  /s/ Ioana Petrou
                                    IOANA PETROU
27                                  Chief, Major Crimes Division

28

NOTICE OF DISMISSAL
CR 06-0067 MHP

1  Leave is granted to the government to dismiss the complaint.

4  Date: 6/11/06

THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE